# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **CATHERINE PLUMMER AND** § | | |
| **CHRISTOPHER PLUMMER** § | | |
| § | **CIVIL ACTION NO.** 3:22-CV-00892 | |
| **V.** § | | |
| § | **JURY DEMANDED** | |
| **AMGUARD INSURANCE COMPANY** § | | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant AmGUARD Insurance Company ("AmGUARD" or "Defendant") files this Notice of Removal to the United States District Court for the Northern District of Texas, Dallas Division, on the basis of diversity jurisdiction and respectfully shows:

## I.
## BACKGROUND AND PROCEDURAL HISTORY

1.  The subject matter of this case involves, at least in part, an insurance coverage dispute for alleged property damage which reportedly occurred from a hailstorm on or about March 24, 2021. AmGUARD issued Texas Homeowner's Policy No. CAH0283394, effective 02/19/2021-02/19/2022 ("the Policy"), to Plaintiffs insuring their residence located at 223 Addison Street, Lake Dallas, Texas 75065 (the " "Property"). Plaintiffs reported hail damage to the roof of the Property on or about April 30, 2021.

2.  North American Risk Services ("NARS") is a third party administrator who handled the Claim on behalf of AmGUARD. The reported hailstorm loss was assigned Claim No. GHAG21040901 ("the Claim"). NARS assigned the investigation of the Claim to Eberl Claims Service ("Eberl"). Eberl's adjuster inspected the Property on May 5, 2021, and reported that he

found no functional hail or wind damage to the roof and he reported that a rain diverter on the roof had caused some water intrusion to the garage. He prepared an estimate for repair which fell below the Policy's deductible. When Plaintiffs disputed the Adjuster's findings, NARS and Eberl sent another adjuster to reinspect the Property who also concluded that there was no covered damage to the Property which exceeded the deductible. Plaintiffs then hired a public adjuster and a third inspection was performed. The adjuster estimated repair to the dwelling and other structures at $7,322.36. After subtracting the deductible, a payment of $1,848.73 was issued to Plaintiffs.

3. Plaintiffs filed a lawsuit against AmGUARD, on March 21, 2022, styled: Cause No. 22-2207-467; *Catherine Plummer and Christopher Plummer v. AmGUARD Insurance Company;* In the 467th Judicial District Court of Denton County, Texas.

4. Plaintiffs served AmGUARD with the lawsuit on March 24, 2022.

5. AmGUARD appeared and answered on April 11, 2022.

6. Defendant AmGUARD files this notice of removal within 30 days of service of the lawsuit.

7. Attached hereto as Exhibit "A" is an Index of State Court Documents with attachments including all executed process, pleadings, orders, and the docket sheet as required by 28 U.S.C. §1446(a) and Local Rule 81.1

8. A copy of this Notice is also concurrently being filed with the state court and served upon Plaintiffs.

## II.
## BASIS FOR REMOVAL (Complete Diversity of Citizenship)

9. Removal is proper based on diversity of citizenship under 28 U.S.C. §§1332(a), 144l(a) and 1446.

### A.  There is Complete Diversity of Citizenship.

10.  Plaintiffs are residents and citizens of Texas.

11.  Defendant AmGUARD is a Pennsylvania corporation and maintains its principal place of business in Pennsylvania.  As such, for diversity purposes, AmGUARD is a citizen of Pennsylvania. §1332(c)(1).

### B.  The Amount In Controversy Exceeds Jurisdictional Requirements.

12.  It is undisputed that the amount in controversy in this case exceeds the $75,000 jurisdictional requirement.  Plaintiffs' lawsuit states that Plaintiffs seeks damages of $250,000 or less.  *See* Plaintiffs' Petition at ¶4. Plaintiffs also seek statutory pre-judgment and penalty interest, and attorneys' fees. *Id.*

13.  Defendant removes this matter to this District and Division in compliance with 28 U.S.C. §1446 as this District and Division include the county in which the state action has been pending and contends that venue is proper in the Northern District of Texas, Dallas Division because a the events giving rise to Plaintiffs' claims allegedly occurred Denton County, Texas.

14.  Pursuant to 28 U.S.C. §1446(d), promptly after AmGUARD files this Notice, written notice of the filing will be given to Plaintiffs.

15.  Pursuant to 28 U.S.C. §1446(d), a true and correct copy of this Notice will be promptly filed with the Clerk of the Dallas County District Court after AmGUARD files this Notice.

### III. CONCLUSION

Based upon the foregoing, and other documents filed contemporaneously with this Notice of Removal and fully incorporated herein by reference, Defendant MAIC hereby removes this case to this Court for trial and determination.

Respectfully submitted,

**SHEEHY, WARE, PAPPAS & GRUBBS, P.C.**


By: */s/ D. Christene Wood*
    Christene Wood, Attorney-in-Charge
    State Bar No. 24042188
    cwood@sheehyware.com
    Jonathan R. Peirce
    State Bar No. 24088836
    JPeirce@sheehyware.com
    Two Houston Center
    909 Fannin, Suite 2500
    Houston, Texas 77010
    Telephone: (713) 951-1000
    Facsimile: (713) 951-1199

    Stephanie F. Erhart
    State Bar No. 24007180
    sehart@sheehyware.com
    3838 Oak Lawn Avenue, Suite 250
    Dallas, Texas 75219
    Telephone: (214) 521-7500
    Facsimile: (214) 520-1780

    **COUNSEL FOR DEFENDANT**
    **AMGUARD INSURANCE COMPANY**


## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April 2022, a true and correct copy of this instrument was forwarded to all known counsel, using the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and applicable Local Rules.

    Carole S. Anhalt
    Shaun W. Hodge
    The Hodge Law Firm, PLLC
    1301 Market Street
    Galveston, Texas 77550


    */s/ D. Christene Wood*
    D. Christene Wood