IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CATHERINE PLUMMER AND<br>CHRISTOPHER PLUMMER | §<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO. 3:22-CV-00892-N<br>(JURY) |
| AMGUARD INSURANCE COMPANY, | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Catherine Plummer and Christopher Plummer and Defendant AmGUARD Insurance Company (collectively "the Parties") filed an Agreed Motion for Dismissal with Prejudice as the Parties have settled all matters in dispute between them raised or which could have been raised in the above-captioned matter.

Therefore, the Court GRANTS this Agreed Order of Dismissal With Prejudice.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action by Plaintiffs are hereby DISMISSED WITH PREJUDICE. Each party to bear their respective costs. This Order disposes of all claims and all issues by and between the Parties and constitutes a final appealable order.

SIGNED this 22nd day of July, 2022.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

**AGREED TO AS TO FORM AND
SUBSTANCE AND ENTRY REQUESTED:**

**COUNSEL FOR PLAINTIFFS:**

By: /s/ *Carole S. Anhalt*
Carole S. Anhalt
State Bar No. 24025660
canhalt@hodgefirm.com
**Hodge Law Firm, PLLC**
301 Market Street
Galveston, Texas 77550

**COUNSEL FOR DEFENDANT:**

By:     /s/ D. Christene Wood
    D. Christene Wood
    State Bar No. 24042188
    Jonathan R. Peirce
    State Bar No. 24088836
    SHEEHY, WARE, PAPPAS & GRUBBS, P.C.
    Two Houston Center
    909 Fannin St., Suite 2500
    Houston, Texas 77010-1008
    Telephone:  (713) 951-1089
    Facsimile:  (713) 951-1199
    Email:     cwood@sheehyware.com
              jpeirce@sheehyware.com